JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HOEUN HOEUNG,

Petitioner,

v.

D. MARIN, ETC., ET AL.,

Respondents.

No. ED CV 26-3151-AB(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and: (a) Respondents are ordered to release Petitioner (A# 027-750-245) from detention immediately, subject to the conditions of his previous supervision; (b) Respondents are enjoined from any further re-detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisonmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is unacceptable danger to the community or an unacceptable flight risk; and (c) Respondents are restrained from removing Petitioner to a

///

///

///

///

///

third country without reasonable notice and an opportunity to be heard before an immigration judge.

DATED: August 7, 2026.

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE